# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>BELEM BROWN,<br><br>                        Defendant. | Case No.: 3:24-cr-00080-DMS-1<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND DISMISSING DEFENDANT'S REMAINING MOTIONS AS MOOT** |

    The United States moves to dismiss the indictment in the above-named action. (ECF No. 20.)  Before trial, "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."  Fed. R. Crim. P. 48(a).  Good cause appearing, the Court **GRANTS** the motion.

    The indictment in this action against Defendant Belem Brown is **DISMISSED** without prejudice.  Defendant's remaining motions, (ECF No. 17) are **DISMISSED** as moot.

    **IT IS SO ORDERED.**

Dated: February 29, 2024

                                                  Hon. Dana M. Sabraw, Chief Judge
                                                  United States District Court